UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHENG VANG dba SUSHIYAKI; TOU PAO YANG dba SUSHIYAKI; YING VANG; MAYTIA VANG,<br><br>    Defendants. | Case No. 1:23-cv-00207-JLT-BAM<br><br>[PROPOSED] ORDER SETTING ASIDE DEFAULT OF DEFENDANT MAYTIA VANG<br><br>Trial Date:  None Set |

Upon review and consideration of the Stipulation to Set Aside Default of Defendant Maytia Vang filed in this action by Plaintiff JOSE ESCOBEDO ("Plaintiff") and Defendant MAYTIA VANG ("Defendant"), wherein said parties set forth their stipulation and agreement to set aside the default entered against Defendant and allow said Defendant time to respond to the Complaint,

IT IS HEREBY ORDERED that the stipulation to vacate and set aside the entry of default against Defendant MAYTIA VANG is GRANTED.  The Clerk of the Court is directed to vacate the entry of default as to Defendant MAYTIA VANG.  Defendant MAYTIA VANG shall have thirty (30) days from the date of this Order to respond to the Complaint.

IT IS SO ORDERED.

Dated:   **May 8, 2023**         /s/ Barbara A. McAuliffe         
                                                         UNITED STATES MAGISTRATE JUDGE

1

Case No. 1:23-cv-00207-JLT-BAM - ORDER