THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendants
YING VANG and MAYTIA VANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>             Plaintiff,<br><br>     vs.<br><br>CHENG VANG dba SUSHIYAKI; TOU PAO YANG dba SUSHIYAKI; YING VANG; MAYTIA VANG,<br><br>             Defendants. | Case No. 1:23-cv-00207-JLT-BAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING INITIAL SCHEDULING CONFERENCE AND JOINT SCHEDULING REPORT DUE DATE**<br><br>Trial Date:  None Set |

IT IS HEREBY STIPULATED by and between Plaintiff JOSE ESCOBEDO ("Plaintiff") and

Defendants YING VANG and MAYTIA VANG (collectively "Defendants") (Plaintiff and Defendants

are referred to collectively herein as the "Parties"), by and through their attorneys of record, as follows:

The Court may enter an Order continuing the May 16, 2023 Joint Scheduling Report due date

and the May 23, 2022 Initial Scheduling Conference in this matter, by approximately 60 days or as soon

thereafter as pleases the Court.  An approximately 60-day continuance will result in the Joint Scheduling Report being due July 18, 2023 and an 8:30 a.m. July 25, 2023 Initial Scheduling Conference.

This is the first continuance of the foregoing matters requested by the Parties.

The Parties believe that good cause exists to enter into this Stipulation and for the Court to issue an Order continuing the aforementioned deadlines.

Good cause exists for these continuances as the deadline for Defendant Maytia Vang to respond to the Complaint is not until June 7, 2023, and the deadline for Defendant Ying Vang to respond to the Complaint is not until July 3, 2023.  The other two named defendants in this case are in default.  In addition, the Parties agree that good cause exists to continue the Initial Scheduling Conference in this case and the due date for the Parties' Joint Report as such continuances will serve the purpose of reducing the Parties' fees and costs, as well as the Court's resources, as counsel are exploring settlement in this action and believe that the additional time to investigate this matter and engage in further settlement discussions, while minimizing attorney time expended on this case, that will be afforded by the requested continuances will facilitate, and increase the chances of, early settlement of this matter.

DATED:  5/10/2023                           **MOORE LAW FIRM, P.C.**

                                                 By:     /s/ Tanya E. Moore
                                                    Tanya E. Moore, Esq.
                                                    Attorneys for Plaintiff
                                                    JOSE ESCOBEDO

DATED:  5/10/2023                           **THE KARLIN LAW FIRM LLP**

                                                 By:     /s/ Rex T. Reeves
                                                      Rex T. Reeves, Esq.
                                                  Attorneys for Defendants
                                                  YING VANG and MAYTIA VANG

**SIGNATURE ATTESTATION**

I, Rex T. Reeves, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing using their /s/ electronic signature, as authorized on the date next to their /s/ signature.

DATED: 5/10/2023

By: /s/ Rex T. Reeves
Rex T. Reeves, Esq.

**ORDER**

Having reviewed the Parties' stipulation above and considered the same, and finding good cause to grant the Parties' request, (1) the Initial Scheduling Conference is CONTINUED to **July 25, 2023, at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**; and (2) the parties shall meet and confer in advance of the conference and file a joint scheduling report on or before **July 18, 2023**.

IT IS SO ORDERED.

Dated:   **May 10, 2023**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE